# IN THE SUPREME COURT OF THE STATE OF NEVADA

BAYARDO RENO SANDY,
               Appellant,
vs.
SELECT PORTFOLIO SERVICING,
INC.; BNY MELLON; AND WRIGHT,
FINLEY & ZAK, LLP, HOLDERS OF
ALTERNATIVE TRUST 2007-HY2,
               Respondents.

No. 72364

FILED

FEB 2 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for reconsideration, a motion to strike, a motion to quash, and a motion to revoke a foreclosure sale. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No appeal lies from an order denying a motion for reconsideration, a motion to strike, a motion to quash, or a motion to revoke a foreclosure sale. *See, e.g., Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007); *Jarstad*

*v. Nat'l Farmers Union*, 92 Nev. 380, 552 P.2d 49 (1976). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.



_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Rob Bare, District Judge
Bayardo Reno Sandy
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk